**RUSKIN v. COE, Com'r of Patents.**

**Civil Action No. 19084.**

District Court of the United States for the District of Columbia.

Jan. 10, 1945.

Karl Fenning, of Washington, D. C., and Lackenbach & Hirschman, of New York City, for plaintiff.

W. W. Cochran, Sol., U. S. Patent Office, of Washington, D. C., for defendant.

BAILEY, Justice.

The plaintiff is seeking a patent on a calcium salt of laevo-ascorbic acid for use as a therapeutic agent. This salt is old and using it as a medical preparation is *not invention.* However, the plaintiff is also claiming a patent on this salt mixed with an anti-oxidation stabilizing agent. By the use of this combination he has rendered this calcium salt, which was not before apparently of any use, a useful therapeutical agent. I think, therefore, he is entitled to a patent comprising his claims numbered 23 and 30, which are as follows:

"23. A medicinal preparation for injection into the animal organism for the treatment of calcium deficiency diseases and consisting essentially of a substantially pure calcium salt of laevo ascorbic acid mixed with an anti-oxidation stabilizing agent.

"30. The method of obtaining a medicinal preparation consisting essentially of substantially pure calcium laevo-ascorbate, which comprises reacting an aqueous solution of substantially pure laevo-ascorbic acid with calcium carbonate, whereby carbon dioxide remains dissolved in the solution of the calcium salt, and adding to the solution an anti-oxidation stabilizing agent."

The remaining claims are denied.